DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GELCH & ASSOCIATES, P.A.,**
Appellant,

v.

**ARKADY BRODSKY** and **JOSEPH NARDOCI,**
Appellees.

No. 4D18-1216

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 14-008859 (05).

Justin Parafinczuk and Marcus J. Susen of Koch Parafinczuk Wolf Susen, Fort Lauderdale, and Brian J. Holland of Law Office of Brian Holland, P.A., Fort Lauderdale, for appellant.

Alexander R. Hunt and Kaitlin R. Stapleton of Goldman and Daszkal, P.A., Deerfield Beach, for appellee, Arkady Brodsky.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***